

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2015

No. 04-15-00274-CV

**EX PARTE** Pierre R. **PION**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Jason Pulliam, Justice

On May 4, 2015, relator Pierre R. Pion filed a petition for writ of habeas corpus. The petition complains of a November 5, 2014 order finding relator in contempt, and authorizing his arrest and confinement in Bexar County jail. Relator seeks a writ of habeas corpus vacating the challenged order and discharging relator from the restraint of his liberty which he contends is illegal. The order complained of was signed by the Honorable Janet Littlejohn. However, Judge Littlejohn is no longer the presiding judge of the 150th District Court in Bexar County, Texas.

Pursuant to Rule 7.2(b) of the Texas Rules of Appellate Procedure, we ABATE this proceeding for thirty days from the date of this order to allow the newly elected judge of the 150th District Court to reconsider Judge Littlejohn's November 5, 2014 order which is complained of in this original proceeding. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision."). The trial judge is directed to consider the challenged order and determine whether it should remain in effect, be modified, or be set aside and render a new order, if necessary.

Relator is ORDERED to file in this court either the appropriate motion to dismiss or an amended petition for writ of habeas corpus and appendix no later than fourteen days following the trial court's ruling on the reconsideration of Judge Littlejohn's November 5, 2014 order.

It is so **ORDERED** on May 5, 2015.

---

[1] This proceeding arises out of Cause No. 2011-CI-16008, styled *Rhonda Gay Pion v. Pierre R. Pion*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding.

**PER CURIAM**

Attested to: _____
Keith E. Hottle
Clerk of Court